# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-45 |
| | ) | (Phillips) |
| WALTER MARTIN | ) | |

### ORDER

For the good cause stated, Government's motion to continue sentencing hearing and for additional time within which to respond to defendant's objections [Doc. 28] is **GRANTED.** Sentencing is reset for May 4, 2006 at 9:00 a.m.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge